Certificate Number: 13858-PAM-DE-028229865

Bankruptcy Case Number: 12-00060



13858-PAM-DE-028229865

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 19, 2016</u>, at <u>9:47</u> o'clock <u>AM EDT</u>, <u>Calvin Williams</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 19, 2016</u>

By: <u>/s/Edwin G. Calderon</u>

Name: <u>Edwin G. Calderon</u>

Title: <u>Vice President</u>