# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Calvin Whitesell Williams, III<br>    Debtor(s) | BKY. NO. 12-00060 RNO<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4192

            Respectfully submitted,

            **/s/ Thomas Puleo**
            Thomas Puleo, Esquire
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406
            Attorney for Movant/Applicant