In re:  
Calvin Whitesell Williams, III  
    Debtor

Case No. 12-00060-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 2    Date Rcvd: Apr 13, 2017  
                        Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db            +Calvin Whitesell Williams, III,    149 S Locust Point Road,    Mechanicsburg, PA 17055-9709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:

           Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
           Dorothy L Mott    on behalf of Debtor Calvin Whitesell Williams, III DorieMott@aol.com,  
             KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com  
           Elizabeth L Wassall    on behalf of Creditor    Deutsche Bank National Trust Company, Trustee Saxon  
            Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2  
            ewassall@udren.com,    vbarber@udren.com  
           Jeremy John Kobeski    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR  
            RALI 2006QA11 pamb@fedphe.com  
           Jerome B Blank    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pamb@fedphe.com  
           Jerome B Blank    on behalf of Creditor    Aurora Bank FSB pamb@fedphe.com  
           Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A, successor by merger to BAC  
            Home Loans Servicing,LP fka Countrywide Home Loans Servicing, LP jill@pkjllc.com,  
            chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
           John Michael Kolesnik, III    on behalf of Creditor    GMAC MORTGAGE, LLC pamb@fedphe.com,  
            fedphe@hotmail.com  
           Joseph Angelo Dessoye    on behalf of Creditor    GREEN TREE SERVICING LLC pamb@fedphe.com  
           Joseph P Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
            pamb@fedphe.com  
           Joseph P Schalk    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee  
            pamb@fedphe.com  
           Joseph P Schalk    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR  
            RALI 2006QA11 pamb@fedphe.com  
           Joseph P Schalk    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For  
            etal pamb@fedphe.com  
           Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Kara Katherine Gendron    on behalf of Debtor Calvin Whitesell Williams, III  
            karagendronecf@gmail.com,    doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com  
           Kimberly A Bonner    on behalf of Creditor    Aurora Bank FSB amps@manleydeas.com  
           Lorraine Gazzara Doyle    on behalf of Creditor    Deutsche Bank National Trust Company, Trustee  
            Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2  
            LDoyle@udren.com,    vbarber@udren.com  
           Mario John Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For  
            etal pamb@fedphe.com  
           Marisa Myers Cohen    on behalf of Creditor    American Home Mortgage Servicing Inc  
            Mcohen@mwc-law.com  
           Marisa Myers Cohen    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
            American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series  
            2006-2 Mcohen@mwc-law.com  
           Mark E Morrison    on behalf of Creditor    IRS Usapam.bankr-harrisburg@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Nicole Bernadette LaBletta    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS
               TRUSTEE FOR RALI 2006QA11 nlabletta@udren.com,   vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Deutsche Bank Trust Company Americas, as
               Trustee nlabletta@udren.com,   vbarber@udren.com
              Robert E Chernicoff    on behalf of Interested Party Timothy  Straub rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Steven J. Schiffman    on behalf of Creditor    Mid Penn Bank sschiffman@ssbc-law.com,
               jmadden@ssbc-law.com,ESmith-Simmons@ssbc-law.com,jspence@ssbc-law.com,tupdike@ssbc-law.com
              Thomas I Puleo    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI
               2006QA11 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wesley Paul Page    on behalf of Creditor    IRS usapam.bankr-harrisburg@usdoj.gov
                                                                                              TOTAL: 28
```

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Calvin Whitesell Williams III<br>149 S Locust Point Road<br>Mechanicsburg, PA 17055 | Chapter 13<br>Case No. 1:12–bk–00060–RNO |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0943

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 13, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk